## W. Hamilton *v.* Lewis Phillips et al.

Where a party whose interest is affected by the judgment is not made one of the obligees in the appeal bond, the appeal will be dismissed on motion.

APPEAL from the District Court of the parish of De Soto, *Land*, J. *Mitchell*, for plaintiff and appellant. *Elam*, for defendants.

Spofford, J. The motion to dismiss the appeal must prevail.

The object of the suit is not only to set aside the Sheriff's adjudication to *Phillips* of property seized in the hands of *Clancy* as a third possessor, but to have the property decreed to belong to *Clancy*, the plaintiff's vendee, and sold to pay the plaintiff a part of the price alleged to be still due him by *Clancy*, and for which he prays judgment against the latter.

*Clancy* was cited, and answered in the court below through a curator *ad hoc*, appointed to represent him in his absence.

There was a judgment against the plaintiff on all his demands, and he has appealed.

The appeal bond is given in favor of all the other parties defendant, except *Clancy*, who is not named therein.

He should have been made a party to the appeal, and a bond given in his favor. *Armstrong* v. *His Creditors*, 8 An. 368; *Hewson* v. *Creswell*, 10 An. 232; *Lobelle* v. *Lobelle*, 5 An. 174.

It is, therefore, ordered, that the appeal be dismissed, at the appellant's cost.